UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10024-RWZ

UNITED STATES OF AMERICA

v.

MARK J. ZIMNY

ORDER

April 6, 2017

ZOBEL, S.D.J.

The January 24, 2017, remand order of the United States Court of Appeals for the First Circuit instructed this court to conduct further investigation into the juror misconduct allegations raised in the "additional-juror comment" posted on June 29, 2015 on the "Shots in the Dark" blog hosted by richardbradley.net.  See United States v. Zimny, 846 F.3d 458, 472 (1st Cir. 2017).  With the parties' agreement, the court entered an order identifying the steps involved in the investigation.  See Docket # 337.  First, the government, with the help of a United States Postal Inspector, agreed to obtain information to identify the device from which the "additional-juror comment" was sent in order to verify whether and, if so to what extent, the events described in the comment actually occurred.  After conducting a good faith investigation of this first step, the government reported that the IP address associated with the anonymous "additional-juror comment" was assigned to a host network located in Singapore.  See

Docket # 345, at 3.  The government reported that in order to obtain records from that host network, it would be required to initiate a lengthy document request process under domestic Singaporean laws.  Thus, the court determined the most efficient means to identify the author of the "additional-juror comment" requires it to undertake an inquiry of the other jurors.[1]  Until the court conducts further interviews of the other jurors, however, there is insufficient basis at this time to determine whether the investigation will likely result in a reversal or an order for a new trial.  See 18 U.S.C. § 3143(b)(1)(B).  Accordingly, defendant's Renewed Motion for Release From Custody Pending Remand and Appeal (Docket # 340) is DENIED without prejudice.

|    April 6, 2017    | |    /s/Rya W. Zobel    |
|---|---|---|
| DATE | | RYA W. ZOBEL |
| | | SENIOR UNITED STATES DISTRICT JUDGE |

---

[1] Defendant requests that the court conduct another examination of Juror No. 8.  First, the court's initial inquiry into Juror No. 8 was found to be sufficient.  See Zimny, 846 F.3d at 466 ("We will not disturb this credibility determination [of Juror No. 8], which was reached after an extensive inquiry.").  Moreover, at this time, additional questioning of Juror No. 8 does not appear likely to result in fruitful information to assist the court with the investigation.