UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10024-RWZ

UNITED STATES OF AMERICA

v.

MARK J. ZIMNY

ORDER

May 2, 2017

ZOBEL, S.D.J.

At a hearing on March 29, 2017, the court concluded its inquiry into the location of the device from which the "additional juror comment" concerning the criminal trial of Mark J. Zimny was sent, in order to identify the author of that blog. Instead, it decided to proceed directly to interrogate the jurors individually. To that end it ordered counsel for the prosecution and defense to jointly submit initially, a proposed notice to jurors to appear and, ultimately, a proposed "script" for the interrogation.

With the concurrence of counsel the interrogation was scheduled to take place on May 23 and 24, 2017, and the joint Notice to Jurors was to be submitted by May 1, 2017.

Counsel failed to timely file a joint proposed Notice which necessitates cancelling the scheduled interrogation dates. Given the revised focus of the inquiry, the court anticipates the full cooperation by counsel to submit forthwith their joint proposed

Notice to Jurors. The court will, upon receipt thereof, reschedule the meetings with jurors.

|   |   |
|---|---|
|    May 2, 2017    |    /s/Rya W. Zobel    |
| DATE | RYA W. ZOBEL |
|  | SENIOR UNITED STATES DISTRICT JUDGE |