UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10024-RWZ

UNITED STATES OF AMERICA

v.

MARK J. ZIMNY

## ORDER

May 26, 2017

ZOBEL, S.D.J.

In view of the determination by the Court of Appeals that defendant "has met his burden to show entitlement to release from custody pending appeal under [18 U.S.C.] §3143(b)(1)," United States v. Zimny, No. 15-2144, 2017 WL 2115416, at *3 (1st Cir. May 16, 2017), it is ordered that the defendant be and he hereby is released on the following conditions:

1. The defendant shall execute an appearance bond secured by $100,000 which money shall be forfeited if he fails to appear as required or to surrender as directed, or for any violation of any conditions of release.

2. The defendant shall submit to electronic location monitoring as directed by the probation office or supervising officer and comply with all of the program requirements and instructions provided.

3. The defendant shall pay all or part of the cost of the program as determined

by the probation office or supervising officer.

4. The defendant shall report to the probation office in Los Angeles, California, in person on the first business day after his arrival in Los Angeles and daily in person thereafter.

5. The defendant shall not travel anywhere beyond a 50-mile radius of his residence without prior permission of the probation office in Los Angeles, California.

6. The defendant shall not have any contact with any alleged victim or witness associated with his trial, or any of the jurors empaneled therefor.

May 26, 2017
DATE

/s/ Rya W. Zobel
RYA W. ZOBEL
SENIOR UNITED STATES DISTRICT JUDGE

2