UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10024-RWZ

UNITED STATES OF AMERICA

v.

MARK J. ZIMNY

ORDER

June 13, 2017

ZOBEL, S.J.D.

Defendant's Motion for Reconsideration and Modification of Conditions of Release (Docket # 383) is allowed, and it is ordered that defendant be and he hereby is released on the following conditions which assume that he will return to his residence in Los Angeles, California:

1.  The defendant shall execute an unsecured appearance bond in the amount of $100,000.

2.  The defendant shall report to the probation office in Los Angeles, California, in person after his arrival in Los Angeles, and weekly in person thereafter.

3.  The defendant may travel within the continental United States, provided that, at least 3 days before such travel, he shall notify the probation office in Los Angeles thereof and provide an itinerary of his proposed travel to any destination in excess of 50 miles from his residence.

4. The defendant shall not have any contact with any alleged victim or witness associated with his trial, nor with any of the jurors empaneled therefor.

| June 13, 2017 | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL<br>SENIOR UNITED STATES DISTRICT JUDGE |