UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10024 -RWZ

UNITED STATES OF AMERICA

v.

MARK J. ZIMNY

ORDER

September 11, 2017

ZOBEL, S.D.J.

The government has moved for reconsideration of the court's order granting defendant Mark J. Zimny's release from custody pending appeal.

The Court of Appeals remanded the case to this court for an investigation into alleged juror misconduct. Although this court's findings concerning these allegations and its conclusion are adverse to defendant, the government's motion is denied because the decision is not final until the Court of Appeals reviews it and because that court explicitly retained jurisdiction over additional issues defendant had raised.

|  |  |
|---|---|
| September 11, 2017 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | SENIOR UNITED STATES DISTRICT JUDGE |