# United States Court of Appeals
## For the First Circuit

No. 15-2144

UNITED STATES OF AMERICA,

Appellee,

v.

MARK J. ZIMNY,

Defendant, Appellant.

**JUDGMENT**

Entered: October 3, 2017

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Mark J. Zimny's sentence is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Linda J. Thompson
Kevin J. Reddington
John M. Thompson
Robert F. Hennessy
Mark J. Zimny
Lori J. Holik
Vijay Shanker
Dina Michael Chaitowitz
Victor A. Wild
Giselle J. Joffre
Doreen M. Rachal
Barbara Gruenthal
John P. McLafferty