# United States Court of Appeals
## For the First Circuit

No. 15-2144

UNITED STATES

Appellee

v.

MARK J. ZIMNY

Defendant - Appellant

**ORDER OF COURT**

Entered: November 6, 2017
Pursuant to 1st Cir. R. 27.0(d)

The mandate entered on November 6, 2017 is hereby vacated as issued in error.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Linda J. Thompson
Kevin J. Reddington
John M. Thompson
Robert F. Hennessy
Mark J. Zimny
Lori J. Holik
Vijay Shanker
Dina Michael Chaitowitz
Victor A. Wild
Giselle J. Joffre
Doreen M. Rachal
Barbara Gruenthal
John P. McLafferty